# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

## Court Minutes

| | |
|---|---|
| HEARING DATE: | March 5, 2025 |
| ADVERSARY NO.: | 25-02007-rmb |
| ADVERSARY: | Brief v. McCracken |
| MATTER: | Pre-trial Conference |
| APPEARANCES: | Dillon J. Ambrose, Attorney for the U.S. Trustee |
| | Michael Dubis, chapter 7 trustee |

On March 5, 2025, the Court held a hearing on a preliminary pretrial conference. Dillon J. Ambrose appeared for the U.S. Trustee. Michael Dubis appeared as the chapter 7 trustee. The defendant, Keith McCracken, did not appear.

The Court noted that defendant had not responded to the complaint and that the U.S. Trustee filed a motion for default judgment on March 4, 2025. The Court adjourned the hearing until after the response deadline for the motion for default judgment.

The adjourned preliminary pretrial conference will be held on **April 9, 2025 at 11:00 a.m.** You may appear in person for this hearing at the United States Courthouse, 517 East Wisconsin, Room 149, Milwaukee, Wisconsin, or you may participate by teleconference. To access the hearing by telephone, you must call 669-254-5252, enter Meeting ID 160 5891 6561, and Passcode 447162, before the scheduled hearing time. You may also access the hearing using the Zoom application or web-based interface. Access details, including direct hyperlinks to meeting rooms, are available at www.wieb.uscourts.gov/teleconferences.

An audio recording of the hearing is available on the docket.

#####